Certificate Number: 02114-PR-DE-013182712

Bankruptcy Case Number: 1009751

|||||||||||||||||||||||||||||||||
02114-PR-DE-013182712

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on 12/02/10, at 04:51 o'clock PM EST, Aldo F Sessarego completed a course on personal financial management given by <u>Internet</u> by CredAbility, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District Of Puerto Rico.

Title: **Bankruptcy Program Manager**          Date: **12.02.10**

By: /s/Ben Linton

Certificate Number: 02114-PR-DE-013185016

Bankruptcy Case Number: 1009751

|||||||||||||||||||||||||||||||||||

02114-PR-DE-013185016

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on 12/02/10, at 07:17 o'clock PM EST, Migdalia Vega completed a course on personal financial management given by <u>Internet</u> by CredAbility, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District Of Puerto Rico.

**Title: <u>Bankruptcy Program Manager</u>**     **Date: <u>12.02.10</u>**

**By:** <u>/s/Ben Linton</u>